UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22326-CIV-ALTONAGA/Goodman

**LUCIO ALFONSO COVONE BELLO**,

    Plaintiff,
v.

**CATERPILLAR, INC.**, *et al*.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff Lucio Alfonso Covone Bello's Unopposed Motion for Enlargement of Time to File Response to Motion to Dismiss and to Continue the September 19, 2017 Hearing [ECF No. 39]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff Lucio Alfonso Covone Bello shall serve his response to Defendants' Motion to Dismiss on or before **September 22, 2017**. The hearing set for September 19, 2017, at 9:00 a.m., is rescheduled to Thursday, **October 5, 2017** at 9:00 a.m.

**DONE AND ORDERED** in Miami, Florida this 18th day of September, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record