UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-22326-CIV-ALTONAGA/GOODMAN

LUCIO ALFONSO COVONE BELLO,

      Plaintiff,

vs.

CATERPILLAR INC. and
RIVIERA AUSTRALIA PTY LTD.,

      Defendants.
_____/

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES
AND TO CONTINUE TRIAL DATE**

      Plaintiff, LUCIO ALFONSO COVONE BELLO, and Defendant, CATERPILLAR INC., (collectively, the "Parties"), by and through undersigned counsel and pursuant to Local Rule 7.6, respectfully move to extend the current Scheduling Order deadlines and to continue the trial date, and in support thereof, state as follows:

      1.    Pursuant to the Order Setting Trial and Pretrial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge dated January 31, 2017 [ECF No. 25], the parties are to exchange expert witness summaries or reports by December 4, 2017, all discovery must be completed by January 8, 2017, and the trial is scheduled to commence during the two-week period beginning April 30, 2018.

      2.    However, there are compelling circumstances that constitute good cause for continuing the current Scheduling Order deadlines and the trial date pursuant to Local Rule 7.6.

      3.    Plaintiff is the owner of a 51-foot Riviera sport fish yacht that was designed and manufactured in Australia and is powered by two Caterpillar C18 engines. Plaintiff alleges that

the vessel experienced numerous engine issues, rendering the vessel completely inoperable for a significant period of time, and that Caterpillar is responsible for his resulting damages, per a limited warranty applicable to the engines.

4. Since the inception of the case, the Parties have been actively engaged in motion practice, one result of which was the dismissal of the co-defendant on *forum non conveniens* grounds. Since then, the Parties have been working diligently to resolve this matter and because of those efforts, and in an effort to avoid unnecessary litigation costs, they have postponed engaging in discovery, including any discovery related to expert witnesses.

5. With the deadline for expert reports being several days away, and with the discovery deadline of January 8, 2017 fast approaching, the Parties respectfully request that the current Scheduling Order deadlines and trial date be extended by approximately three months, to allow the parties to continue to engage in settlement discussions, and should such discussions be unsuccessful, to allow the parties to exchange documents and to obtain other information and evidence. The Parties suggest the following proposed deadlines and trial date:

March 5, 2018: parties exchange expert witness reports or summaries.

March 19, 2018: parties exchange rebuttal expert witness reports or summaries.

April 8, 2018: all discovery, including expert discovery, is completed.

April 16, 2018: parties must have completed mediation and filed a mediation report.

April 23, 2018: all pre-trial motions and *Daubert* motions are filed.

May 21, 2018: parties submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions).

July 24, 2018: Calendar Call.

July 30, 2018: two-week trial calendar begins.

6. The suggested extended deadlines would give the Parties additional time to attempt to resolve this matter and if unsuccessful, then the parties will engage in discovery.

7. There will be no undue prejudice to either side as a result of the requested enlargements of time.

8. The Parties are not filing this Motion for the purposes of delay.

9. Attached in support of this Motion are the affidavits of Clay M. Naughton, Esq. and Kimberly A. Cook, Esq., as required by Local Rule 7.6.

WHEREFORE, for the foregoing reasons, Plaintiff, LUCIO ALFONSO COVONE BELLO, and Defendant, CATERPILLAR INC., respectfully request that the Court extend the current Scheduling Order deadlines and trial date by three (3) months, and grant any further relief that the Court deems just and proper.

Respectfully submitted this 30th day of November 2017.

| **MOORE & COMPANY, P.A.** | **SEDGWICK LLP** |
|---|---|
| By: _/s/ Clay M. Naughton_<br>Clay M. Naughton, Esquire<br>Florida Bar No. 29302<br>cnaughton@moore-and-co.com<br>Michael T. Moore, Esq.<br>Michael@moore-and-co.com<br>255 Aragon Avenue, 3rd floor<br>Coral Gables, Florida 33134<br>Telephone: 786-221-0600<br>Facsimile: 786-221-0601<br>*Attorneys for Plaintiff* | By: _/s/ Kimberly A. Cook_<br>Kimberly A. Cook<br>Florida Bar No. 014320<br>kimberly.cook@sedgwicklaw.com<br>2 South Biscayne Blvd., Suite 1500<br>Miami, Florida 33131<br>Telephone: 305-670-4777<br>Facsimile: 305-670-7007<br>*Attorneys for Defendant, Caterpillar Inc.* |

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 30th day of November, 2017, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*/s/ Kimberly A. Cook*___
      Kimberly A. Cook
      Florida Bar No. 714320

## SERVICE LIST

*LUCIO ALFONSO COVONE BELLO vs. CATERPILLAR INC.*
*and RIVIERA AUSTRALIA PTY LTD.*
Case No.: 17-22326-CIV-ALTONAGNA/GOODMAN
United States District Court, Southern District of Florida

Clay M. Naughton, Esquire
cnaughton@moore-and-co.com
Michael T. Moore, Esq.
Michael@moore-and-co.com
**MOORE & COMPANY, P.A.**
255 Aragon Avenue, 3rd floor
Coral Gables, Florida 33134
Telephone: 786-221-0600
Facsimile: 786-221-0601
*Attorneys for Plaintiff*