UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22326-CIV-ALTONAGA/Goodman

**LUCIO ALFONSO**
**COVONE BELLO**,

      Plaintiff,
v.

**CATERPILLAR, INC.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Joint Motion to Extend Scheduling Order Deadlines and to Continue Trial Date [ECF No. 52]. The relief the parties request is evident from the title of the Motion. The reason provided for what amounts to a three-month extension of the pre-trial deadlines and trial date is the parties choosing to forego discovery and the preparation of experts in favor of pursuing a settlement. (*See id.* ¶¶ 4, 5).

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the parties seeking the extension. *See, e.g.*, *Oravec v. Sunny Isles Luxury Ventures, L.C.*, 527 F.3d 1218, 1232 (11th Cir. 2008) ("We have recognized that Rule 16[b]'s good cause standard 'precludes modification [of the scheduling order] unless the schedule cannot be met despite the diligence of the party seeking the extension." (first alteration added; citation omitted)); *Roberson v. BancorpSouth Bank, Inc.*, Civ. Act. No. 12-0669-WS-N, 2013 WL 4870839, at *2 (S.D. Ala. Sept. 12, 2013)

("Diligence, not lack of prejudice, is the touchstone of the Rule 16(b)(4) inquiry." (citations omitted)).

The preference to "avoid unnecessary litigation costs," and choice to "postpone[] engaging in discovery, including discovery related to expert witnesses," (Mot. ¶ 4 (alteration added)), although understandable, does not satisfy the requirement parties seeking an extension be diligent in meeting deadlines.  While the parties may, by agreement, extend the dates to exchange expert reports and complete discovery, it is

**ORDERED AND ADJUDGED** that the Joint Motion to Extend Scheduling Order Deadlines and to Continue Trial Date **[ECF No. 52]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida this 1st day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record