UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22326-CIV-ALTONAGA/Goodman

**LUCIO ALFONSO COVONE BELLO**,

    Plaintiff,
v.

**CATERPILLAR, INC.**, *et al*.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion to Continue Hearing on Motions *in Limine* [ECF No. 95]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The hearing on the Consolidated Motion *in Limine* of Defendant, Caterpillar Inc. is rescheduled for **April 16, 2018 at 8:30 a.m.**

**DONE AND ORDERED** in Miami, Florida, this 12th day of April, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record